THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDRE COLLIN, Appellant.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of the Claim of MICHAEL KAMEN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner,

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

MARY DEG. FINLAY, Appellant, v. GLENS FALLS HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

JAMES O'BRIEN, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

(A) In the Matter of the Claim of MARJORIE E. SCRANTON, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of FRANCIS CORNWALL, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. DAUERHEIM, INC., Appellant. (C) In the Matter of DAUERHEIM, INC., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.